# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WORTHY LEE CURTIS, | Case No. 2:19-cv-02192-JAD-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Presently before the court is pro se plaintiff's application to proceed *in forma pauperis* (ECF No. 1), filed on December 20, 2019.

Plaintiff, who is incarcerated at High Desert State Prison, submitted initiating documents to the Court on December 20, 2019, which include an application to proceed *in forma pauperis*, an executed financial certificate, and a civil rights complaint under 42 U.S.C. § 1983. (ECF Nos. 1, 1-1.)

Plaintiff's application to proceed in forma pauperis is incomplete. Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must complete an application to proceed *in forma pauperis* and attach (1) an inmate account statement for the past six months, and (2) a properly executed financial certificate. Plaintiff has submitted an executed financial certificate, but he has not submitted an inmate account statement for the past six months. Additionally, his application to proceed *in forma pauperis* is incomplete. Specifically, the following questions appear to be incomplete: 1(b) and 5 (including the plaintiff's relationship to the person listed and the amount contributed to that person's support each month). The Court, therefore, will deny Plaintiff's application to proceed in forma pauperis without prejudice. Plaintiff must cure the deficiencies of his application to proceed in forma pauperis, or in the alternative, pay the full filing fee for this action. If Plaintiff chooses to file a new application to proceed in forma pauperis, then Plaintiff

must file a complete application including all of the documents referenced in this Order. Plaintiff is advised that if he has been incarcerated at High Desert State Prison for fewer than six months, then he must submit an inmate account statement for the period he has been incarcerated.

IT IS THEREFORE ORDERED that Plaintiff's Application to Proceed In Forma Pauperis (ECF No. 1) is DENIED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that the Clerk of Court shall send Plaintiff a blank application to proceed in forma pauperis by a prisoner as well as the document titled "Information and Instructions for Filing a Motion for Leave to Proceed In Forma Pauperis."

IT IS FURTHER ORDERED that by 1/31/2020, Plaintiff must either: (1) file a complete application to proceed in forma pauperis, on the correct form with complete financial attachments, or (2) pay the full $400 fee for filing a civil action, which includes the $350 filing fee and the $50 administrative fee.

IT IS FURTHER ORDERED that failure to timely comply with this order may result in a recommendation that this case be dismissed.

DATED: December 23, 2019

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE